# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## ABILENE DIVISION

| | | |
|---|---|---|
| SHARON A. MOORE, | § | |
| Plaintiff, | § § § | |
| vs. | § § | Civil Action No. 1:08-CV-020-C |
| | § | ECF |
| MICHAEL J. ASTRUE, | § § § | |
| Commissioner of Social Security, | § § | |
| Defendant. | § | |

## ORDER

**THIS MATTER** comes before the court on the Report and Recommendation filed March 10, 2009 (Doc. 23). No written objections have been filed.

**IT IS, THEREFORE, ORDERED** that the findings and conclusions in the Report and Recommendation are **ADOPTED** as the findings and conclusions of the court and that this cause is reversed and remanded to the Commissioner for further proceedings pursuant to 405 U.S.C. § 405(g).

Upon remand, the ALJ should further consider whether Plaintiff retains the RFC to perform work which exists in the national economy.

Dated March 26, 2009.

_____
SAM R. CUMMINGS
UNITED STATES DISTRICT COURT